JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. CV 09-6928-DOC(RNBx) | | Date February 12, 2010 |
| Title JUDITH A. BERLIN, ET AL v WELLS FARGO BANK, NATIONAL ASSOC., ET AL | | |

Present: The Honorable    DAVID O. CARTER

| Kristee Hopkins | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:    (In Chambers)    ORDER DISMISSING CONSOLIDATED CASE

On October 21, 2009, this matter was consolidated into case SACV09-1048-DOC(RNBx): Steven Masonek et al v Wells Fargo Bank, National Association

    Accordingly, the Court orders the above-entitled action dismissed.

                                                                                   :   0

Initials of Preparer    kh